UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

AUG -3 2010

CLERK OF COURT
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION: L-10-51 |
| | § | (Claim: 2010A23547) |
| OLIVERO CANALES, | § | |
| | § | |
| Defendant. | § | |

## Agreed Judgment

1. On the agreement of the parties, the United States of America recovers from Olivero Canales:

    A. Principal of $4021.13;
    B. Prejudgment interest of $3364.94 to 09/09/2009, and daily accrual of $0.77 per diem until the date of judgment;
    C. Attorney's fees of $785.00;
    D. Filing fees of $350.00;
    E. Process Server fees of $77.00;

    Post-judgment interest at __0.3__ % per annum.

    Canales will make monthly payments of 500.00, beginning August 15, 2010 and continue to pay in that amount on the fifteenth of each month until paid in full.

2. Monthly payments will be mailed to:   Central Intake Facility
    United States Department of Justice
    P. O. Box 70932
    Charlotte NC  28272-0932

3. Execution may issue immediately if the defendant defaults on payment.

    Signed: __August 3__, 2010, at Laredo, Texas.

    _____
    United States District Judge

Approved and Entry Requested:

By: _____  By: _____
M. H. Cersonsky, TBA#04408500, SBA #5082
Jim L. Garcia, TBA#07636700, SBA#8115           OLIVERO CANALES
1770 St James Place, Suite 150                  P. O. Box 221
Houston, Texas 77056                            Laredo, Texas 78042
Tel. (713) 600-8500 Fax (713) 600-8585
**Attorneys for the United States of America**